**Order entered April 21, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00363-CV

### IN THE INTEREST OF K.G., A CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-04-10316-Z**

## ORDER

We **GRANT** court reporter Glenda E. Finkley's April 19, 2015 request for extension of time to file record and **ORDER** the reporter's record be filed no later than May 1, 2015. If necessary, the trial court must arrange for a substitute reporter. *See* TEX. R. APP. P. 28.4(b)(1).

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable David Lopez, Presiding Judge of the 256th Judicial District Court; Ms. Finkley; and the parties.


/s/      CRAIG STODDART
          JUSTICE